No. 03–5457. McSHEFFREY *v.* LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 03–5940. ELDRIDGE *v.* UNITED STATES. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 02M96. McCORKLE *v.* UNITED STATES. Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 02M109. ARGUELLES *v.* UTAH; and
No. 03M21. SMITH *v.* MISSOURI. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. 03M1. M. K. B. *v.* WARDEN ET AL. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.